UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GLENN DAMOND (#394537)

VERSUS

CITY OF BATON ROUGE, ET AL.

CIVIL ACTION

NO. 20-839-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 16, 2021 (Doc. 58) and the Magistrate Judge's Report dated July 22, 2021 (Doc. 59), to which Plaintiff filed a Notice of Agreement to the two report and recommendations (Doc. 60),

**IT IS ORDERED** that the plaintiff's Motion for Default Judgment (Doc. 33) is **DENIED**.

**IT IS FURTHER ORDERED** that the defendants' Motions to Dismiss (Docs. 17, 22, 23, 31 and 32) are **GRANTED**, dismissing the plaintiff's claims with prejudice, and the plaintiff's pending Motions for Summary Judgment (Docs. 27, 29, 30, and 37) are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that that the plaintiff is given 21 days to amend his Complaint on the narrow basis to name any medical employees as defendants, in their individual capacities, and state what alleged actions or inactions by these employees led to

the delay in receipt of his HIV medications and any resulting harm[1]. Failure to amend timely will result in dismissal of this matter in its entirety for failure to state a claim.

**IT IS FURTHER ORDERED** that the Court declines the exercise of supplemental jurisdiction over any state law claims, to the extent such claims are made.

Signed in Baton Rouge, Louisiana, on August 25, 2021.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] The Court notes for the record that plaintiff has already filed a motion to amend the complaint, (Doc. 61), which has been referred to the Magistrate Judge for consideration.