UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**GLENN DAMOND (#394537)**

**VERSUS**

**CITY OF BATON ROUGE, ET AL**

**CIVIL ACTION**

**NO. 20-839-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 7, 2022, (Doc. 117), to which an objection filed and considered[1], (Doc. 122);

**IT IS ORDERED** that the plaintiff's claims against defendants Fields, Foussell, and Scott are dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (Doc. 96) is granted, dismissing the plaintiff's claims against defendants NP Joyce Brown, LCSW Tyleatha Robertson, and Nurse Sherri LoCicero, with prejudice. The Court declines to exercise supplemental jurisdiction in connection with any potential state law claims and that this action shall be terminated.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>August 10, 2022</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

1 The objection, (Doc. 122) is titled: Objection to a Magistrate Judge's Order (Rule 72a) re 117 REPORT AND RECOMMENDATIONS regarding (Doc. 96) Joint MOTION to Dismiss Amended Complaint.